UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RUSORO MINING LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 21-mc-00481-UNA |

**PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING THE ISSUANCE OF A WRIT OF ATTACHMENT *FIERI FACIAS* AND A FINDING THAT REASONABLE TIME HAS PASSED TO EXECUTE JUDGMENT PURSUANT TO 28 U.S.C. § 1610(C)**

Plaintiff and judgment creditor Rusoro Mining Limited ("Rusoro") moves, in accordance with 28 U.S.C. § 1610(c), Rule 69 of the Federal Rules of Civil Procedure, 10 Del. C. § 5031, and 8 Del. C. § 324, for an order (i) finding, pursuant to 28 U.S.C. § 1610(c), that a reasonable period of time has elapsed following the entry of a judgment in favor of Rusoro and against the Bolivarian Republic of Venezuela ("Venezuela") (the "Judgment") to permit execution in aid of the Judgment; (ii) finding that Petróleos de Venezuela, S.A. ("PDVSA"), the state-owned petroleum company of Venezuela, is an alter-ego of the Venezuelan state, and that the Judgment may be enforced against the shares of Delaware corporation PDV Holding Inc. ("PDVH"), which are titled to PDVSA; and (iii) authorizing the issuance and service, subject to the conditions set forth below, of a writ of attachment *fieri facias* to PDVH against its shares, which are owned by PDVSA, and against any other assets or rights that PDVSA may have incident to its ownership of such shares.

On November 5, 2021, Rusoro registered a judgment in the above-captioned action reflecting the Judgment rendered on March 2, 2018 in the action captioned *Rusoro Mining*

*Limited v. Bolivarian Republic of Venezuela*, 16-cv-2020, before the Honorable Richard J. Leon in the United States District Court for the District of Columbia in favor of Rusoro and against Venezuela, which judgment remains unsatisfied. In aid of execution on that judgment, Rusoro requests that this Court enter an order authorizing the issuance of (1) a writ of attachment *fieri facias*, in the form attached hereto as **Exhibit 1**, to PDVH, attaching the shares of PDVH that belong to PDVSA, as alter ego of Venezuela, along with any other rights or assets incident to that ownership interest that may belong to PDVSA; and (2) a praecipe, in the form attached hereto as **Exhibit 2**, directing the Clerk of the Court to issue the writ of attachment *fieri facias* to the United States Marshals Service for service on PDVH, provided that such issuance and service of the writ shall be conditioned upon this Court's receipt of evidence that the Office of Foreign Assets Control has either authorized such issuance and service or removed the prohibition and sanctions currently in place that prevent the issuance and service of such a writ.

The basis for this application is set forth in Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* and a Finding That Reasonable Time Has Passed to Execute Judgment Pursuant to 28 U.S.C. § 1610(c), Declaration of Charlene C. Sun, dated February 9, 2022, and accompanying exhibits.

Dated:  Wilmington, Delaware
        February 9, 2022

                                    Respectfully submitted,

                                    */s/ R. Craig Martin*
                                    R. Craig Martin (DE Bar No. 005032)

                                    DLA Piper LLP (US)
                                    1201 North Market Street
                                    Suite 2100
                                    Wilmington, DE 19801
                                    Tel: (302) 468-5655
                                    Fax: (302) 778-7834

Craig.Martin@us.dlapiper.com

James E. Berger
Charlene C. Sun
Joshua S. Wan
Katherine A. Ibarra
Tamara Hilmi

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4715
Fax: (212) 884-8715
James.Berger@us.dlapiper.com
Charlene.Sun@us.dlapiper.com
Joshua.Wan@us.dlapiper.com
Kathy.Ibarra@us.dlapiper.com
Tamara.Hilmi@us.dlapiper.com

*Attorneys for Plaintiff*