UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RUSORO MINING LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 21-mc-00481-UNA |

### DECLARATION OF CHARLENE C. SUN

I, Charlene C. Sun, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1.   I am an attorney at the law firm of DLA Piper LLP (US), counsel for Plaintiff and judgment creditor Rusoro Mining Limited ("Rusoro") in the above-captioned action.

2.   I make this declaration in support of Plaintiff's Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* and a Finding That Reasonable Time Has Passed to Execute Judgment Pursuant to 28 U.S.C. § 1610(c).

**A.   Procedural History**

3.   On July 17, 2012, Rusoro commenced arbitration proceedings against the Bolivarian Republic of Venezuela ("Venezuela") pursuant to the Arbitration (Additional Facility) Rules of the International Centre for Settlement of Investment Disputes and the July 1, 1996 Agreement between the Government of Canada and the Government of the Republic of Venezuela for the Promotion and Protection of Investments, claiming that Venezuela had expropriated its investment without payment of compensation.

4. On August 22, 2016, an arbitral tribunal issued a final and legally binding award against Venezuela and in favor of Rusoro, ordering Venezuela to pay nearly $1 billion in damages, plus interest, to Rusoro in connection with the Venezuelan government's expropriation of Rusoro's gold-mining assets in Venezuela (the "Award").

5. Rusoro subsequently commenced proceedings to enforce the Award in the United States, and on March 2, 2018, the United States District Court for the District of Columbia (the "D.C. Court") recognized the Award and entered judgment in favor of Rusoro and against Venezuela in the amount of $967,777,002.00, plus (i) interest as provided by the arbitral tribunal; (ii) post-judgment interest, pursuant to 28 U.S.C. § 1961, accruing through the date of payment; and (iii) costs as provided by the arbitral tribunal, in the amount of $3,302,500.00 (the "Judgment").

6. After the D.C. Court entered the Judgment, the parties negotiated a settlement agreement whereby Venezuela agreed to pay Rusoro periodic installments in accordance with an agreed payment schedule in exchange for a full release of the Award (the "Settlement"). Venezuela agreed to pay Rusoro an initial installment in November 2018.

7. Venezuela failed to make the first payment, and it has not made a single payment under the parties' agreed payment schedule, resulting in a default under the Settlement. As a result, pursuant to the express terms of the Settlement, Rusoro retained its right to resume legal enforcement and satisfaction of the Award.

8. Following its agreement to the Settlement, Venezuela continued its attempt to annul the Award in the courts of France, the seat of the arbitration. Initially, the Paris Court of Appeals partially annulled the damages portion of the Award on January 29, 2019, while upholding the arbitral tribunal's finding on the merits that Venezuela had unlawfully expropriated Rusoro's

investments. On March 31, 2021, the French Supreme Court, the *Cour de Cassation*, reversed the decision of the Paris Court of Appeal annulling the damages portion of the Award, and reinstated the Award in full. Attached hereto as Exhibits 96 and 97, respectively, are true and correct copies of the decision issued by the Paris Court of Appeals, dated January 29, 2019, and the decision issued by the *Cour de Cassation*, dated March 31, 2021, along with certified English translations of the same. On June 1, 2021, Venezuela commenced a new proceeding in Paris by which it is attempting to have the Award set aside. In this subsequent action, Venezuela is raising the same grounds for annulment it had already raised in the first annulment action. The Paris Court of Appeals has fixed a hearing on this new action for April 19, 2022, and is expected to rule by the end of summer 2022.

**B.      Relationship Between PDVSA and Venezuela**

9.      Attached hereto as Exhibit 1 is a true and correct copy of a press release issued by the White House on January 23, 2019, titled "Statement from President Donald J. Trump Recognizing Venezuelan National Assembly President Juan Guaido as the Interim President of Venezuela."

10.     Attached hereto as Exhibit 2 is a true and correct copy of the List of Permanent Representatives and Observers to the United Nations in New York as of December 20, 2021.

11.     Attached hereto as Exhibit 3 is a true and correct copy of a news report titled "UN delays action on Myanmar and Afghanistan's bid for seats," published by AP News and dated December 6, 2021.

12.     Attached hereto as Exhibit 4 is a true and correct copy of a news report titled "EU, Lima Group sour on Venezuela's Guaido," published by Argus Media and dated January 6, 2021.

13. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of Expert Report of Manuel A. Gomez filed in *Northrop Gruman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venez.*, 20-mc-00257-UNA (D. Del. Feb. 19, 2021), D.I. 28.

14. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of Articles 12, 302, and 303 of Official Gazette No. 5.908 issued by the Venezuelan Government and dated February 19, 2009, along with a certified English translation.

15. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of Article 5 of Official Gazette No. 38.493 issued by the Venezuelan Government and dated August 4, 2006, along with a certified English translation.

16. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of Articles 1, 5, and 6 of Official Gazette No. 1.769 issued by the Venezuelan Government, dated August 29, 1975, which created PDVSA pursuant to the Organic Law that Reserves the Hydrocarbons Industry and Commerce, along with a certified English translation of the relevant portion of the same, as was attached as Exhibit 11 to the Declaration of Jason Myatt filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venez.*, 17-mc-00151 (D. Del. Aug. 14, 2017), D.I. 4.

17. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of Articles 1 and 2 of Official Gazette No. 1.770 issued by the Venezuelan Government, dated August 30, 1975, which mandated the creation of PDVSA, along with a certified English translation of the relevant portion of the same, as was attached as Exhibit 12 to the Declaration of Jason Myatt filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venez.*, 17-mc-00151 (D. Del. Aug. 14, 2017), D.I. 4.

18. Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the Declaration of Jose Ignacio Hernandez filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venez.*, 17-mc-00151 (D. Del. Aug. 14, 2017), D.I. 8.

19.     Attached hereto as Exhibit 11 is a true and correct copy of Official Gazette No. 38.081 issued by the Venezuelan Government, dated December 7, 2004, which adopts PDVSA's Articles of Incorporation, directs PDVSA to "comply with and implement the policy on hydrocarbons enacted by the National Executive Branch," and calls for PDVSA's Board of Directors, President, Vice Presidents, and Shareholder Council to be appointed by Executive Order of the President, along with a certified English translation of the relevant portion of the same, as was attached as Exhibit 13 to the Declaration of Jason Myatt filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venez.*, 17-mc-00151 (D. Del. Aug. 14, 2017), D.I. 4.

20.     Attached hereto as Exhibit 12 is a true and correct copy of Articles 119 and 120 Official Gazette No. 6.147 issued by the Venezuelan Government, dated November 17, 2014, enacting the Public Administration Organic Law, along with a certified English translation of the relevant portion of the same, as was attached as Exhibit 14 to the Declaration of Jason Myatt filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venez.,* 17-mc-00151 (D. Del. Aug. 14, 2017), D.I. 4.

21.     Attached hereto as Exhibit 13 is a true and correct copy of PDVSA's Organization Chart as posted on PDVSA's website.

23.     Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Alejandro Schmilinsky filed in *Crystallex Int'l Corp. v. Bolivarian Republic of Venez.*, 17-mc-00151 (D. Del. Nov. 3, 2017), D.I. 29.

24.     Attached hereto as Exhibit 15 is a true and correct copy of a news report titled "To Fight or Adapt? Venezuela's Fading Opposition Struggles to Keep Going," published by the New York Times and dated February 13, 2021.

5

25. Attached hereto as <u>Exhibit 16</u> is a true and correct copy of PDVH's Corporate Structure as posted on PDVH's website.

26. Attached hereto as <u>Exhibit 17</u> is a true and correct copy of PDVSA's Corporate Governance as posted on PDVSA's website.

27. Attached hereto as <u>Exhibit 18</u> is a true and correct copy of a news report titled "CORRECTED-Venezuelan opposition reshuffles CITGO, PDVSA ad-hoc boards," published by Reuters and dated June 1, 2021.

28. Attached hereto as <u>Exhibit 19</u> is a true and correct copy of a news report titled "Venezuelan prosecutor to investigate Guaido appointments," published by AP News and dated February 14, 2019.

29. Attached hereto as <u>Exhibit 20</u> is a true and correct copy of a news report titled "Venezuela lawmakers loyal to Maduro open door to prosecution of Guaido," published by Reuters and dated April 2, 2019.

30. Attached hereto as <u>Exhibit 21</u> is a true and correct copy of a press release issued by CITGO Petroleum on February 28, 2020, titled "Gerd Knutsen Released from Seizure."

31. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of a news report titled "Venezuela's oil producer to open its Moscow office in April," published by the Financial Times and dated March 18, 2019.

32. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of a news report titled "Exclusive: After U.S. sanctions, Venezuela seeks to collect some oil payments via Rosneft," published by Reuters and dated April 18, 2019.

33. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of a news report titled "Venezuela sells oil to Turkey-registered firm, as sanctions bite," published by Al Jazeera and dated July 8, 2019.

34. Attached hereto as <u>Exhibit 25</u> is a true and correct copy of a news report titled "Venezuelan PDVSA officially moves its office from Lisbon to Moscow," published by CE Noticias Financieras English and dated September 11, 2019.

35. Attached hereto as <u>Exhibit 26</u> is a true and correct copy of a news report titled "Venezuelan Guaido's team proposed 90-day truce to PDVSA bondholders: sources," published by Reuters and dated October 18, 2019.

36. Attached hereto as <u>Exhibit 27</u> is a true and correct copy of a press release issued by Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL on August 7, 2020, titled "Guaidó on recovered assets: 'Our commitment is with Venezuelans and transparency.'"

37. Attached hereto as <u>Exhibit 28</u> is a true and correct copy of a news report titled "Venezuela's Maduro pledges funds for Argentine shipyard to finish PDVSA tankers," published by Reuters and dated November 4, 2019.

38. Attached hereto as <u>Exhibit 29</u> is a true and correct copy of a news report titled "Maduro ordenó a trabajadores de Pdvsa atacar a Guaidó por sanciones a Rosneft," published by El Nacional and dated February 19, 2020, along with a certified English translation of the relevant portions of the same.

39. Attached hereto as <u>Exhibit 30</u> is a true and correct copy of a news report titled "Trabajador de PDVSA, Arrestado Tras Criticar a Maduro: Dirigente Sindical," published by

Infobae, an Argentinian news website, and dated May 11, 2020, along with a certified English translation of the relevant portions of the same.

40. Attached hereto as Exhibit 31 is a true and correct copy of Decrees Nos. 4.190 and 4.191 of Official Gazette No. 6.531 issued by the Venezuelan Government titled "Gaceta Oficial de la Republica Bolivariana de Venezuela," and dated April 27, 2020, along with a certified English translation of the relevant portions of the same.

41. Attached hereto as Exhibit 32 is a true and correct copy of a news report titled "Maduro Nombra a un Primo de Chávez Presidente de la Filial de PDVSA en EEUU," published by El Pais, a Spanish newspaper, and dated November 23, 2017, along with a certified English translation of the relevant portions of the same.

42. Attached hereto as Exhibit 33 is a true and correct copy of a press release issued by PDVSA on February 20, 2020, titled "The Presidential Commission "Alí Rodríguez Araque" for the Defense, Restructuring and Reorganization of the Oil Industry."

43. Attached hereto as Exhibit 34 is a true and correct copy of the profile of Tareck El Aissami as posted on the U.S. Immigration and Customs Enforcement's "Most Wanted" list.

44. Attached hereto as Exhibit 35 is a true and correct copy of a news report titled "PDVSA's New Head Has Been Planning a Drastic Reorganization," published by Bloomberg and dated April 28, 2020.

45. Attached hereto as Exhibit 36 is a true and correct copy of a news report titled "Venezuela appoints alleged drug trafficker El Aissami as oil minister," published by Reuters and dated April 27, 2020.

46. Attached hereto as Exhibit 37 is a true and correct copy of a news report titled "PDVSA le Quita Unilateralmente la Concesión a Estaciones de Servicio," published by Crónica

Uno, a Venezuelan news website, and dated June 27, 2020, along with a certified English translation of the relevant portions of the same.

47. Attached hereto as <u>Exhibit 38</u> is a true and correct copy of a news report titled "Asdrúbal Chávez: El sistema ha venido funcionando, hoy tenemos gasolina en todos los estados del país," published by Finanzas and dated June 1, 2020, along with a certified English translation.

48. Attached hereto as <u>Exhibit 39</u> is a true and correct copy of a news report titled "Maduro Sube el Precio de la Gasolina y Abre la Puerta a la Venta en Dólares," published by ABC Internacional, a Spanish newspaper, and dated May 31, 2020, along with a certified English translation.

49. Attached hereto as <u>Exhibit 40</u> is a true and correct copy of a press release issued by PDVSA on May 30, 2020, titled "Presidente Maduro Anuncia Nuevo Esquema de Precios y Subsidio de la Gasolina," along with a certified English translation of the relevant portions of the same.

50. Attached hereto as <u>Exhibit 41</u> is a true and correct copy of a news report titled "How Venezuela's Presidential Standoff Fizzled Out," published by the Washington Post and dated July 31, 2020.

51. Attached hereto as <u>Exhibit 42</u> is a true and correct copy of a press release issued by PDVSA on July 23, 2021, titled "Designan nuevos vicepresidentes de PDVSA y presidente de la Corporación Venezolana del Petróleo," along with a certified English translation.

52. Attached hereto as <u>Exhibit 43</u> is a true and correct copy of a news report titled "Venezuela's congress to voice concern to U.S. over Nynas sanctions removal," published by Reuters and dated May 13, 2020.

53. Attached hereto as Exhibit 44 is a true and correct copy of a news report titled "Venezuela's opposition-controlled PDVSA board criticizes Nynas deal," published by Reuters and dated May 13, 2020.

54. Attached hereto as Exhibit 45 is a true and correct copy of a news report titled "Venezuela's PDVSA cedes stake in Dominican oil refinery in debt swap," published by Reuters and dated August 19, 2021.

55. Attached hereto as Exhibit 46 is a true and correct copy of a tweet posted by Tareck El Aissami's official Twitter account (@TareckPSUV) and dated August 19, 2021, along with a certified English translation.

56. Attached hereto as Exhibit 47 is a true and correct copy of a press release issued by PDVSA on August 19, 2021, titled "Release: Transfer of Refidomsa to the Dominican State."

57. Attached hereto as Exhibit 48 is a true and correct copy of a news report titled "The Venezuelan opposition accuses the Government of losing 43 million dollars by selling assets," published by Market Research Telecast and dated August 21, 2021.

58. Attached hereto as Exhibit 49 is a true and correct copy of a report titled "Code Red: Venezuela's Oil and Debt Crisis," published by Columbia SIPA Center on Global Energy Policy and dated February 2018.

59. Attached hereto as Exhibit 50 is a true and correct copy of a news report titled "Special Report: How China got shipments of Venezuelan oil despite U.S. sanctions," published by Reuters and dated June 12, 2020.

60. Attached hereto as Exhibit 51 is a true and correct copy of a news report titled "Venezuela's PDVSA Restarts Oil Production With Backpacks of Cash," published by Bloomberg and dated December 8, 2021.

61. Attached hereto as Exhibit 52 is a true and correct copy of a news report titled "Qué hay detrás del avión venezolano que aterrizó en Atenas?" published by Contexto Diario, a Venezuelan news website, and dated March 5, 2019, along with a certified English translation.

62. Attached hereto as Exhibit 53 is a true and correct copy of a press release issued by the U.S. Department of the Treasury on January 21, 2020, titled "United States Government Continues Pressure on Former Maduro Regime."

63. Attached hereto as Exhibit 54 is a true and correct copy of a news report titled "Maduro Planificó Fuga de Alex Saab con un Avión Falcon y un Barco en Guinea," published by PanAm Post and dated July 13, 2020, along with a certified English translation.

64. Attached hereto as Exhibit 55 is a true and correct copy of a news report titled "'He's the go-to guy': Venezuelan dealmaker Alex Saab arrested," published by the Financial Times and dated June 28, 2020.

65. Attached hereto as Exhibit 56 is a true and correct copy of a news report titled "Cape Verde approves extradition to U.S. of Venezuelan regime's financial whiz," published by the Miami Herald and dated July 14, 2020.

66. Attached hereto as Exhibit 57 is a true and correct copy of a news report titled "Kamla to PM: Did PDVSA officials visit T&T in March?" published by Loop News and dated May 8, 2020.

67. Attached hereto as Exhibit 58 is a true and correct copy of a press release issued by the U.S. Department of the Treasury on January 19, 2021, titled "Treasury Targets Venezuelan Oil Sector Sanctions Evasion Network."

68. Attached hereto as Exhibit 59 is a true and correct copy of a news report titled "Denuncian que Evo Morales viajó de Bolivia a Argentina en avión de PDVSA," published by Diario Las Americas and dated November 3, 2021, along with a certified English translation.

69. Attached hereto as Exhibit 60 is a true and correct copy of a news report titled "Opositor venezolano denuncia uso de avión de PDVSA para viaje de Evo Morales," published by EFE and dated November 3, 2021, along with a certified English translation.

70. Attached hereto as Exhibit 61 is a true and correct copy of a news report titled "Four years later, imprisoned oil executives remain pawns in a US-Venezuela standoff," published by CNN and dated November 26, 2021.

71. Attached hereto as Exhibit 62 is a true and correct copy of a press release issued by the U.S. State Department on November 21, 2021, titled "Four Years of Wrongful Detention for the Citgo 6."

72. Attached hereto as Exhibit 63 is a true and correct copy of a news report titled "Jailed American in Venezuela tells family he's in 'complete shock' after visit from Biden official," published by NBC and dated December 11, 2021.

73. Attached hereto as Exhibit 64 is a true and correct copy of a news report titled "Asdrúbal Chávez es el nuevo presidente de Citgo," published by AVN and dated November 22, 2017, along with a certified English translation.

74. Attached hereto as Exhibit 65 is a true and correct copy of a report titled "Report of the General Secretariat of the Organization of American States and the Panel of Independent International Experts on the Possible Commission of Crimes Against Humanity in Venezuela," published by the Organization of American States and dated May 29, 2018.

75.     Attached hereto as <u>Exhibit 66</u> is a true and correct copy of an Annual report of the United Nations High Commissioner for Human Rights and reports of the Office of the High Commissioner and the Secretary-General on October 9, 2019 and titled "Human rights in the Bolivarian Republic of Venezuela."

76.     Attached hereto as <u>Exhibit 67</u> is a true and correct copy of a news report titled "Venezuela sought to swap Americans for Maduro ally," published by AP News and dated October 28, 2021.

77.     Attached hereto as <u>Exhibit 68</u> is a true and correct copy of a news report titled "'CITGO 6' oil execs held in Venezuela were picked up by country's forces hours after Alex Saab's extradition to US," published by CNN and dated October 17, 2021.

78.     Attached hereto as <u>Exhibit 69</u> is a true and correct copy of a news report titled "Alex Saab: Venezuela halts talks after US extradites Maduro ally," published by Al Jazeera and dated October 17, 2021.

79.     Attached hereto as <u>Exhibit 70</u> is a true and correct copy of a news report titled "Top State Department official travels to Venezuela to meet with detained Americans," published by CNN and dated December 10, 2021.

80.     Attached hereto as <u>Exhibit 71</u> is a true and correct copy of a news report titled "US hostage envoy visited Venezuela to meet jailed Americans," published by AP News and dated December 10, 2021.

81.     Attached hereto as <u>Exhibit 72</u> is a true and correct copy of PDVSA's Strategic Objectives as posted on PDVSA's website.

82.     Attached hereto as <u>Exhibit 73</u> is a true and correct copy of a news report titled "Maduro Envía a Cuba Cuatro Cargueros de Petróleo en Plena Escasez Nacional de Gasolina,"

published by ABC Internacional, a Spanish newspaper, and dated March 30, 2020, along with a certified English translation of the relevant portions of the same.

83. Attached hereto as Exhibit 74 is a true and correct copy of a news report titled "Venezuela's oil exports fell in Nov amid quality, infrastructure issues -data," published by Reuters and dated December 2, 2021.

84. Attached hereto as Exhibit 75 is a true and correct copy of a press release issued by the U.S. Department of the Treasury on January 28, 2019, titled "Treasury Sanctions Venezuela's State-Owned Oil Company Petroleos de Venezuela, S.A."

85. Attached hereto as Exhibit 76 is a true and correct copy of Executive Order 13857, dated January 25, 2019.

86. Attached hereto as Exhibit 77 is a true and correct copy of Office of Foreign Assets Control ("OFAC") Frequently Asked Question 660.

87. Attached hereto as Exhibit 78 is a true and correct copy of Executive Order 13884, dated August 5, 2019.

88. Attached hereto as Exhibit 79 is a true and correct copy of a news report titled "Venezuela opposition plans to get oil money from U.S. fund," published by Reuters and dated February 6, 2019.

89. Attached hereto as Exhibit 80 is a true and correct copy of a news report titled "Following the money behind Venezuela's coup," published by CBC and dated April 30, 2019.

90. Attached hereto as Exhibit 81 is a true and correct copy of the Guidelines for the Renegotiation of the Chávez/Maduro Era Legacy Public External Debt, published by the Office of the Special Attorney General of the Bolivarian Republic of Venezuela and dated July 1, 2019.

91. Attached hereto as Exhibit 82 is a true and correct copy a tweet posted by PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on May 31, 2019, along with a certified English translation of the relevant portions of the same.

92. Attached hereto as Exhibit 83 is a true and correct copy of a tweet posted by PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on June 4, 2019, along with a certified English translation of the relevant portions of the same.

93. Attached hereto as Exhibit 84 is a true and correct copy of a tweet posted by PDVSA ad hoc board's official Twitter account (@PDVSA_AdHoc) on July 17, 2019, along with a certified English translation of the relevant portions of the same.

94. Attached hereto as Exhibit 85 is a true and correct copy of the Declaration of Jose Ignacio Hernandez filed in *Tidewater v. Bolivarian Republic of Venez.*, 19-mc-0079 (D. Del. June 1, 2020), D.I. 15.

95. Attached hereto as Exhibit 86 is a true and correct copy of Office of Foreign Assets Control ("OFAC") Frequently Asked Question 808.

96. Attached hereto as Exhibit 87 is a true and correct copy of a news report titled "Exclusive: Venezuela wins grace period on China oil-for-loan deals, sources say," published by Reuters and dated August 12, 2020.

97. Attached hereto as Exhibit 88 is a true and correct copy of a news report titled "Exclusive-Venezuela swapped PDVSA oil for food, then punished the dealmakers," published by KFGO and dated August 24, 2021.

98. Attached hereto as Exhibit 89 is a true and correct copy of a news report titled "Exclusive: Venezuela resumes direct oil shipments to China despite U.S. sanctions," published by Reuters and dated November 26, 2020.

99. Attached hereto as <u>Exhibit 90</u> is a true and correct copy of a press release issued by Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL on November 21, 2019, titled "Venezuelan Interim Government Achieves Strengthening of U.S. Treasury Measures for the Protection of CITGO and Other Assets."

100. Attached hereto as <u>Exhibit 91</u> is a true and correct copy of a press release issued by Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL on August 5, 2020, titled "PDVSA's ad hoc Board of Directors highlights the transparent management of its subsidiaries in the U.S."

101. Attached hereto as <u>Exhibit 92</u> is a true and correct copy of a screenshot taken on January 7, 2022, of PDVSA's official Twitter between January 30, 2022, and February 7, 2022. PDVSA's official Twitter account (@PDVSA) has retweeted at least 70 of Mr. Maduro's tweets (at @NicolasMaduro).

102. Attached hereto as <u>Exhibit 93</u> is a true and correct copy of a screenshot taken on December 20, 2021, of a tweet posted by PDVSA's official Twitter account (@PDVSA) on April 20, 2021, at 11:17AM.

103. Attached hereto as <u>Exhibit 94</u> is a true and correct copy of a screenshot taken on December 20, 2021, of a tweet posted by PDVSA's official Twitter account (@PDVSA) on April 20, 2021, at 3:17PM.

104. Attached hereto as <u>Exhibit 95</u> is a true and correct copy of a news report titled "Quién es el polémico Tareck el Aissami, el poderoso vicepresidente de Venezuela acusado de narcotráfico por Estados Unidos," published by the BBC and dated January 8, 2017, along with a certified English translation.

105. Attached hereto as <u>Exhibit 98</u> is a true and correct copy of a press release issued by Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL on July 15, 2020, titled "U.S. Treasury Department Extends Protection to Citgo from PDVSA 2020 Bonds (Press Release)."

106. Attached hereto as <u>Exhibit 99</u> is a true and correct copy of a press release issued by Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL on December 29, 2020, titled "NY District Court responds favorably to the appeal of the Interim Government with a ruling that prevents holders of the PDVSA 2020 Bond from acting against CITGO's assets."

107. Attached hereto as <u>Exhibit 100</u> is a true and correct copy of a press release issued by Republica Bolivariana de Venezuela, Asamblea Nacional, CENTRO DE COMUNICACIÓN NACIONAL on October 17, 2020, titled "President (e) Guaidó after court ruling on PDVSA 2020 bonds: 'CITGO remains protected.'"

108. Attached hereto as <u>Exhibit 101</u> is a true and correct copy of the Agreement Authorizing the Creation of the Special Litigation Fund signed by the National Assembly of the Bolivarian Republic of Venezuela and dated November 19, 2019, along with a certified English translation.

Dated: New York, New York
February 9, 2022

_____
Charlene C. Sun