UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| RUSORO MINING LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 21-mc-00481-UNA |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Plaintiff and judgment creditor Rusoro Mining Limited ("Rusoro") submits this motion seeking leave of the Court, pursuant to Rule 7.1.3 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "Local Rules"), to exceed the page limit requirement for the Memorandum of Law in Support of Plaintiff's Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* and a Finding That Reasonable Time Has Passed to Execute Judgment Pursuant to 28 U.S.C. § 1610(c) ("Memorandum"). In support of this motion, Rusoro states as follows:

1. In connection with Rusoro's ongoing efforts to enforce a judgment (the "Judgment") in the amount of approximately $1.1 billion rendered by the United States District Court for the District of Columbia in favor of Rusoro and against the Bolivarian Republic of Venezuela ("Venezuela"), which Judgment remains unsatisfied, Rusoro has moved this Court for an order: (i) finding, pursuant to 28 U.S.C. § 1610(c), that a reasonable period of time has elapsed following the entry of a judgment in favor of Rusoro and against Venezuela to permit execution in aid of the Judgment; (ii) finding that Petróleos de Venezuela, S.A. ("PDVSA"), the state-owned

petroleum company of Venezuela, is an alter-ego of the Venezuelan state, and that the Judgment may be enforced against the shares of Delaware corporation PDV Holding Inc. ("PDVH"), which are titled to PDVSA; and (iii) authorizing the Clerk of Court to issue a writ of attachment *fieri facias* against the shares of PDVH.

2. As set forth in the Memorandum, Plaintiff's motion seeks relief that implicates issues involving highly complex factual showings, including that (i) Venezuela and PDVSA are alter egos; (ii) the property identified is used for a commercial activity in the United States within the meaning of 28 U.S.C. § 1610(a); and (iii) the property identified may be attached pursuant to 10 Del. C. § 5031. Plaintiff seeks leave of the Court to exceed the 20-page page limit requirement imposed by Local Rule 7.1.3(a)(4) for opening and answering briefs in order to adequately present detailed factual evidence and argument on each of these issues.

3. Rusoro's motion is one of several brought by creditors of Venezuela in this District for purposes of attaching the PDVH shares. Many of those creditors were also required to make similarly complex legal and evidentiary showings, and required oversized briefs in order to present their motions. *See, e.g., Crystallex v. Bolivarian Rep. of Venez.*, 17-mc-00151 (D. Del.) (submitting 35 page opening brief in support of motion for writ of execution); *OI European Grp. B.V. v. Bolivarian Rep. of Venez.*, 19-mc-00290 (D. Del.) (submitting 35 page opening brief in support of motion for writ of execution).

4. In light of the highly fact-intensive inquiries at issue in Plaintiff's motion and the substantial evidence Plaintiff seeks to submit in support of its motion, Plaintiff respectfully submits that allowing the Memorandum to exceed the page limitations prescribed by Local Rule 7.1.3 by eighteen (18) additional pages is both appropriate and justified.

5. Because Venezuela has not made an appearance, and Plaintiff is unaware whether Venezuela has retained Delaware counsel, in this matter, Plaintiff has been unable to reach out to Venezuela's Delaware counsel pursuant to Local Rule 7.1.1, which requires Plaintiff to make a "reasonable effort . . . to reach agreement with the opposing party on the matters set forth in the motion."

Dated: Wilmington, Delaware
February 9, 2022

Respectfully submitted,

/s/ R. Craig Martin
R. Craig Martin (DE Bar No. 005032)

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, DE 19801
Tel: (302) 468-5655
Fax: (302) 778-7834
Craig.Martin@us.dlapiper.com

James E. Berger
Charlene C. Sun
Joshua S. Wan
Katherine A. Ibarra
Tamara Hilmi

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4715
Fax: (212) 884-8715
James.Berger@us.dlapiper.com
Charlene.Sun@us.dlapiper.com
Joshua.Wan@us.dlapiper.com
Kathy.Ibarra@us.dlapiper.com
Tamara.Hilmi@us.dlapiper.com

*Attorneys for Plaintiff*