## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| RUSORO MINING LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>    Defendant. | Case No. 21-mc-00481-UNA |

## **[PROPOSED] ORDER**

Upon review and consideration of Plaintiff Rusoro Mining Limited's Motion for Leave to File Excess Pages, requesting an 18-page extension for its Memorandum of Law in Support of Plaintiff's Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* and a Finding That Reasonable Time Has Passed to Execute Judgment Pursuant to 28 U.S.C. § 1610(c) ("Memorandum") and its accompanying materials, it is hereby:

ORDERED that Plaintiff's request for an 18-page extension is GRANTED;

ORDERED that Plaintiff's Memorandum, attached as Exhibit 1 to its Motion for Leave to File Excess Pages is DEEMED FILED.

SO ORDERED this ___ day of _____, 2022.

_____
United States District Judge

4