

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware, 19801
www.dlapiper.com

R. Craig Martin
craig.martin@dlapiper.com
T  302.468.5655
F  302.778.7834

March 1, 2022

**VIA ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 North King St., Unit 26, Room 6124
Wilmington, DE 19801

    Re:    *Rusoro Mining Ltd. v. Bolivarian Rep. of Venez.*, 21-mc-00481-LPS (D. Del.)

Dear Judge Stark,

    We write on behalf of Plaintiff and judgment creditor Rusoro Mining Limited ("Rusoro") in the matter of *Rusoro Mining Ltd. v. Bolivarian Rep. of Venez.*, 21-mc-481-LPS (D. Del.), with respect to Rusoro's pending Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* and a Finding That Reasonable Time Has Passed to Execute Judgment Pursuant to 28 U.S.C. § 1610(c) ("Execution Motion"), filed on February 9, 2022.  D.I. 2.

    In connection with the Motion, Rusoro also filed on February 9, 2022, a Motion for Leave to File Excess Pages ("Motion for Excess Pages," together with the Execution Motion, the "Motions"), seeking leave of the Court to exceed the page limit requirement for Rusoro's Memorandum of Law in Support of the Motion ("Memorandum"), which also remains pending before the Court.  D.I. 4.

    Rusoro provided notice of the Motions by mailing hard copies, along with the supporting memorandum, declaration, and exhibits, via express mail to individuals representing judgment debtor Bolivarian Republic of Venezuela ("Venezuela"), interested party Petróleos de Venezuela SA ("PDVSA"), and garnishee PDV Holding, Inc. ("PDVH").  Specifically, Rusoro provided notice to the following parties:

- Venezuela, c/o:

    - Venezuela's counsel in *Rusoro Mining Ltd. v. Bolivarian Republic of Venez.*, 16-cv-2020-RJL (D.D.C.):  Kent A. Yalowitz, Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, NY 10019;

    - Venezuela's counsel in *Crystallex v. Bolivarian Republic of Venez.*, 17-mc-00151-LPS (D. Del.), *Tidewater Investment SRL, et al. v. Bolivarian Republic of Venez.*, 19-mc-00079-LPS (D. Del.), and *OI European v. Bolivarian Republic of Venez.*, 19-mc-00290-LPS (D. Del.):  A. Thompson

VIA ECF
Hon. Leonard P. Stark
March 1, 2022
Page Two

        Bayliss, Thompson Bayliss, Abrams & Bayliss LLP, 20 Montchanin Road, Suite 200, Wilmington, DE 19807;

- o  Special Attorney General of Venezuela, Enrique Jose Sanchez Falcon, 2409 California St NW, Washington, DC 20008;

- PDVSA, c/o:

  - o  PDVSA's counsel in *Crystallex v. Bolivarian Republic of Venez.*, 17-mc-00151-LPS (D. Del.), *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venez.*, 20-mc-257-LPS (D. Del.), *Phillips Petroleum Company Venezuela Limited v. Petroleos de Venezuela, S.A.*, 19-mc-00342-LPS (D. Del.), and *OI European v. Bolivarian Republic of Venez.*, 19-mc-00290-LPS (D. Del.):  Samuel Taylor Hirzel, Aaron M. Nelson, Heyman Enerio Gattuso & Hirzel LLP, 300 Delaware Avenue, Suite 200, Wilmington, DE 19801;

- PDVH, c/o:

  - o  PDVH's counsel in *Crystallex v. Bolivarian Republic of Venez.*, 17-mc-00151-LPS (D. Del.) and *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venez.*, 20-mc-257-LPS (D. Del.): Alexandra M. Cumings, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, Wilmington, DE 19899.

Each of these packages was delivered on February 11, 2022.  On February 10, 2022, Rusoro also served copies of the Motions and supporting papers on PDVH's Registered Agent, Corporation Trust Company, at 1209 Orange Street, Wilmington, Delaware 19801.

To date, no party has responded to the Motions or indicated that they intend to appear in these proceedings.  Pursuant to Local Rule 7.1.2(b), the deadline to respond to the Motion for Excess Pages was February 25, 2022.  Accordingly, the Court should consider the Motion for Excess Pages unopposed.  Rusoro respectfully requests that the Court grant its unopposed Motion for Excess Pages, and consider the Memorandum, D.I. 4-1, filed.

        Respectfully submitted,

        */s/ R. Craig Martin*
        R. Craig Martin

cc:  All counsel of record for Venezuela, PDVSA, and PDVH in 17-mc-00151-LPS (D. Del.), 20-mc-257-LPS (D. Del.), 19-mc-00342-LPS (D. Del.), 19-mc-00079-LPS (D. Del.), 19-mc-00290-LPS (D. Del.), and 16-cv-2020-RJL (D.D.C.)