## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| RUSORO MINING LIMITED, | Case No. 21-mc-00481-LPS |
| Plaintiff, | |
| v. | |
| BOLIVARIAN REPUBLIC OF VENEZUELA, | |
| Defendant. | |

### ORDER

Upon review and consideration of Plaintiff Rusoro Mining Limited's Unopposed Motion for Leave to File Supplemental Declaration in Support of Plaintiff's Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* and a Finding That Reasonable Time Has Passed to Execute Judgment Pursuant to 28 U.S.C. § 1610(c) ("Motion to Supplement"), it is hereby:

ORDERED that Plaintiff's request to file a supplemental declaration is GRANTED;

ORDERED that the Declaration of Charlene Sun, dated July 11, 2022, attached as Exhibit A to the Motion to Supplement, is DEEMED FILED.

SO ORDERED this 12th day of July, 2022.

_____
United States District Judge