

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware, 19801
www.dlapiper.com

R. Craig Martin
craig.martin@dlapiper.com
T  302.468.5655
F  302.778.7834

August 4, 2022

**VIA ECF**

The Honorable Leonard P. Stark
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

      Re:    *Rusoro Mining Ltd. v. Bolivarian Rep. of Venez.*, 21-mc-00481-LPS (D. Del.)

Dear Judge Stark:

      We write on behalf of Plaintiff and judgment creditor Rusoro Mining Limited ("Rusoro") in the matter of *Rusoro Mining Ltd. v. Bolivarian Rep. of Venez.*, 21-mc-481-LPS (D. Del.), to address Rusoro's pending Motion for an Order Authorizing the Issuance of a Writ of Attachment *Fieri Facias* and a Finding That Reasonable Time Has Passed to Execute Judgment Pursuant to 28 U.S.C. § 1610(c) (D.I. 2) ("Execution Motion"), filed on February 9, 2022.

      On April 15, 2022, over four weeks after any opposition to the Execution Motion was due and nine weeks after Rusoro provided notice of the Execution Motion, Petróleos de Venezuela SA ("PDVSA") filed a motion to intervene (D.I. 14) in which it requested to stay briefing on the Execution Motion pending resolution of any potential interlocutory appeals of this Court's March 2, 2022 order in the other creditor proceedings.  *See OI Eur. Grp. BV v. Bolivarian Republic of Venez.*, 19-mc-290-LPS (D. Del. Mar. 2, 2022), D.I. 110 ("March 2 Order").

      On June 15, 2022, the Court granted PDVSA's request to stay briefing on the Execution Motion, stating that "Rusoro's motion will be held in abeyance until further order of the Court, which likely will not be issued until after the Court of Appeals for the Third Circuit determines whether it will certify an interlocutory appeal from the recent decisions in the related matters." Memorandum Order, June 15, 2022 (D.I. 20).

      On July 26, 2022, the Court of Appeals for the Third Circuit denied petitions for leave to file interlocutory appeals of the March 2 Order submitted by PDVSA and other judgment creditors of the Bolivarian Republic of Venezuela ("Venezuela"), OI European Group BV, Huntington Ingalls Incorporated, and ACL1 Investments Ltd.

      In light of the ruling by the Court of Appeals for the Third Circuit, the basis for PDVSA's request to stay the Execution Motion—*i.e.,* the pendency of PDVSA's interlocutory appeal of the March 2 Order—is no longer applicable.  Accordingly, Rusoro respectfully requests that the Court set a briefing schedule for the Execution Motion, with any responsive papers by PDVSA due

VIA ECF
Hon. Leonard P. Stark
August 4, 2022
Page Two

within fourteen days of the Court's scheduling order, in accordance with the deadline for responses to motions under Local Rule 7.1.2(b), and any reply by Rusoro due within seven days of service of any responsive papers.

      Rusoro submits that any further delay in these proceedings would place Rusoro at a procedural disadvantage relative to Venezuela's other creditors, each of whom obtained its judgment later in time than Rusoro, and each of whose attachment motions are fully briefed.

      Respectfully submitted,

      */s/ R. Craig Martin*
      R. Craig Martin

cc: All counsel of record for Venezuela, PDVSA, and PDVH in 17-mc-00151-LPS (D. Del.), 20-mc-257-LPS (D. Del.), 19-mc-00342-LPS (D. Del.), 19-mc-00079-LPS (D. Del.), 19-mc-00290-LPS (D. Del.), and 16-cv-2020-RJL (D.D.C.)