

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware, 19801
www.dlapiper.com

R. Craig Martin
craig.martin@dlapiper.com
T  302.468.5655
F  302.778.7834

March 28, 2023

<u>VIA ECF</u>

The Honorable Leonard P. Stark
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

    Re:    *Rusoro Mining Ltd. v. Bolivarian Rep. of Venez.*, 21-mc-00481-LPS (D. Del.)

Dear Judge Stark:

    We write on behalf of Rusoro Mining Limited ("Rusoro") in the above-captioned matter to respectfully request that Rusoro's undersigned Delaware counsel be permitted to appear telephonically at the status conference on March 30, 2023 through the public dial-in that has been requested by counsel for Gold Reserve Inc.  Rusoro's Delaware counsel is currently in Rwanda with the World Bank participating in a training for insolvency practitioners on a trip that was scheduled and planned in January of this year, and is unable to return to Delaware in time for the status conference.  Other members of Rusoro's counsel team who have been admitted *pro hac vice* in this action and who are fully aware of the relevant facts and circumstances will appear in person. Rusoro notified counsel for the other parties that have been directed to appear at the status conference of this request, and as of the filing of this letter, no party has objected.

                                             Respectfully submitted,

                                             */s/ R. Craig Martin*
                                             R. Craig Martin

cc:  All counsel of record