IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSORO MINING LTD., <br><br> Plaintiff, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | Case No. 21-mc-481-LPS |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Alice Adu Gyamfi of the law firm of DLA Piper LLP (US), 1251 Avenue of the Americas, 27th Floor, New York, NY 10020-1104 to represent Rusoro Mining Limited in this action.

DATED: July 29, 2025

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (DE Bar No. 5032)
Caleb G. Johnson (DE Bar No. 6500)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
Telephone: 302.468.5700
craig.martin@us.dlapiper.com
caleb.johnson@us.dlapiper.com

James E. Berger
Charlene C. Sun
Joshua S. Wan
1251 Avenue of the Americas
New York, NY  10020
Telephone: 212.335.4715

*Attorneys for Rusoro Mining Ltd.*

## **[PROPOSED] ORDER GRANTING MOTION**

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* for Alice Adu Gyamfi is granted.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____, 2025

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

In accordance with the Standing Order for the District Court Fund effective January 1, 2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk of the Court upon filing of this motion.

Dated: July 29, 2025

*/s/ Alice Adu Gyamfi*
Alice Adu Gyamfi
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104
Telephone: (212) 335-4574
Fax: (917) 778-8664
alice.gyamfi@us.dlapiper.com